OGNIAN GAVRILOV, ESQ. (258583)
MICHAEL COLEMAN, ESQ. (295462)
ELIEZER COHEN, ESQ. (302248)
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:  (916) 504-0529
Facsimile:   (916) 727-6877
Email:         ognian@gavrilovlaw.com
                    ecohen@gavrilovlaw.com

Attorneys for Plaintiff and Cross-Defendant
ROMEO & JULIETTE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROMEO & JULIETTE, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>KEN WU, an individual,<br><br>    Defendant.<br>_____<br>KEN WU, an individual,<br><br>    Cross-Complainant,<br><br>  v.<br><br>ROMEO & JULIETTE, INC., a California Corporation, and DOES 1-25, inclusive,<br><br>    Cross-Defendants. | Case No.:  2:18-cv-00214-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY PERIOD AND RELATED DATES**<br><br>Complaint Filed:          January 30, 2018<br>Counterclaim Filed:    March 19, 2018<br>Trial Date:                    Not Set |

Plaintiff/Cross-Defendant ROMEO & JULIETTE, INC. ("Plaintiff") and Defendant/Cross-Complainant KEN WU ("Defendant") hereby submit this Stipulation and [Proposed] Order to the Court for approval.

## JOINT STIPULATION

WHEREAS, the current deadline to complete non-expert discovery is February 7, 2022;

WHEREAS, the designation of expert witnesses in this matter is presently set for March 9, 2022, with any supplemental designation due 20 days later;

WHEREAS, the deadline to file dispositive motions is July 6, 2022;

WHEREAS, Plaintiff's counsel previously requested an extension on these deadlines, which was granted in July 2021.  The basis for the previous extension was based in part upon the impact on the pandemic in scheduling witness depositions.  In addition, Plaintiff's counsel, Mr. Gregory O'Dea, experienced some health conditions which impacted his schedule.  Mr. O'Dea unexpectedly stopped working at the law firm of Gavrilov & Brooks in November 2021. He was the primary attorney handling discovery and pre-trial issues in this matter.  The file was subsequently transferred to other attorneys in Gavrilov & Brooks to review the file and conduct discovery, including attorneys Mr. Eliezer Cohen and Mr. Michael Coleman.  Since then, in late December 2021, Plaintiff propounded written discovery, noticed a deposition, and is conferring regarding setting additional depositions.  However, due to the size and complexity of the file, and due to the change in handling attorney, Plaintiff's counsel requires additional time to set and take depositions in this matter;

WHEREAS, the parties seek to set and complete multiple depositions in this matter and require an extension of time to complete this non-expert discovery;

WHEREAS, no trial date has been set in this matter;

WHEREAS, the parties have met and conferred and hereby stipulate and agree to modify the Pretrial Scheduling Order to provide sufficient time to complete discovery, disclose expert witnesses, and file any motions, if necessary, and therefore agree to modify the Pretrial Scheduling order in the following ways and respectfully request the Court approve this modification:

- Completion of non-expert discovery:     May 2, 2022
- Designation of expert witnesses:     June 1, 2022
- Deadline to file dispositive motions:     September 28, 2022

WHEREAS, the parties will file a Joint Notice of Trial Readiness not later than 30 days after receiving the Court's ruling(s) on the last filed dispositive motion. If the parties do not intend to file

dispositive motions, the parties will file a Joint Notice of Trial Readiness not later than 120 days after the close of discovery and the notice shall include statements of intent to forego the filing of dispositive motions. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a Final Pretrial Conference and Trial.

**IT IS SO STIPULATED.**

Dated:  January 11, 2022        **GAVRILOV & BROOKS**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eliezer Cohen*
　　　　　　　　　　　　　　　　　　　　　Eliezer Cohen
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff/Cross-Defendant
　　　　　　　　　　　　　　　　　　　　　ROMEO & JULIETTE, INC.

Dated:  January 11, 2022        **ELLIS LAW GROUP, LLC**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Omid Shabani*
　　　　　　　　　　　　　　　　　　　　　Omid Shabani
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant/Cross-Complainant
　　　　　　　　　　　　　　　　　　　　　KEN WU

## ORDER

Upon the agreement of the parties hereto, and Good Cause appearing,

**IT IS SO ORDERED**.

DATED: January 12, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge