Mark E. Ellis - 127159
Omid Shabani - 267447
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
oshabani@ellislawgrp.com

Attorneys for Defendant/Cross-Complainant KEN WU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROMEO & JULIETTE, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN WU, an individual,<br><br>　　　　Defendant.<br>_____<br>KEN WU, an individual,<br><br>　　　　Cross-Complainant,<br><br>　　v.<br><br>ROMEO & JULIETTE, INC., a California Corporation, and DOES 1-25, inclusive,<br><br>　　　　Cross-Defendants. | Case No.: 2:18-CV-00214-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY PERIOD AND RELATED DATES**<br><br>Complaint Filed:　　January 30, 2018<br>Counterclaim Filed:　March 19, 2018<br>**Trial Date:**　　　　**Not Set** |

　　　　Plaintiff/Cross-Defendant ROMEO & JULIETTE, INC. ("Plaintiff") and Defendant/Cross-Complainant KEN WU ("Defendant") hereby submit this Stipulation and [Proposed] Order to the Court for approval.

**JOINT STIPULATION**

WHEREAS, the current deadline to complete non-expert discovery is May 2, 2022;

WHEREAS, the designation of expert witnesses in this matter is presently set for June 1, 2022, with any supplemental designation due 20 days later;

WHEREAS, the deadline to file dispositive motions is September 28, 2022;

WHEREAS, Plaintiff previously requested two extensions on these deadlines, which were granted on July 21, 2021 and January 12, 2022, respectively;

WHEREAS, the parties have noticed each other party's depositions and having met and conferred in good faith, the parties are unable to conduct their noticed depositions before close of discovery, due to unavailability of witnesses, as well as the impacted schedule of counsel and interpreters necessary for completion of these depositions, the parties require an extension of time to complete this non-expert discovery;

WHEREAS, no trial date has been set in this matter;

WHEREAS, the parties have met and conferred and hereby stipulate and agree to modify the Pretrial Scheduling Order to provide sufficient time to complete discovery, disclose expert witnesses, and file any motions, if necessary, and therefore agree to modify the Pretrial Scheduling order in the following ways and respectfully request the Court approve this modification:

- Completion of non-expert discovery:     August 2, 2022
- Designation of expert witnesses:         September 1, 2022
- Deadline to file dispositive motions:    December 28, 2022

WHEREAS, the parties will file a Joint Notice of Trial Readiness not later than 30 days after receiving the Court's ruling(s) on the last filed dispositive motion. If the parties do not intend to file dispositive motions, the parties will file a Joint Notice of Trial Readiness not later than 120 days after the close of discovery and the notice shall include statements of intent to forego the filing of dispositive

motions. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a Final Pretrial Conference and Trial.

**IT IS SO STIPULATED.**

Dated:  April 29, 2022                          **GAVRILOV & BROOKS**


                                                 /s/ Eliezer Cohen
                                                Eliezer Cohen
                                                Attorney for Plaintiff/Cross-Defendant
                                                ROMEO & JULIETTE, INC.


Dated:  April 29, 2022                          **ELLIS LAW GROUP, LLC**


                                                 /s/ Omid Shabani
                                                Omid Shabani
                                                Attorney for Defendant/Cross-Complainant
                                                KEN WU


## ORDER

Upon the agreement of the parties hereto, and Good Cause appearing,

**IT IS SO ORDERED**.

DATED: April 29, 2022

                                                Troy L. Nunley
                                                United States District Judge